IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-HC-2156-D

| | |
|---|---|
| BENITO BENAVIDE GONZALEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |

On July 2, 2025, Benito Benavide Gonzalez ("Gonzalez" or "petitioner"), proceeding pro se, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 [D.E. 1]. Gonzalez has paid the filing fee. Gonzalez filed motions for a temporary restraining order, appointment of counsel, and to waive formatting requirements, and supplemented his petition with additional filings. See [D.E. 2–4, 7–8].

On October 3, 2025, Gonzalez was released from BOP custody. See BOP Inmate Locator, https://www.bop.gov/inmateloc/ (search by inmate number) (last visited Oct. 23, 2025). Gonzalez had to notify the court of his change of address within 14 days of his release, but he failed to do so. See Local Civ. R. 83.3. Thus, the court DISMISSES the action without prejudice, and DENIES the pending motions [D.E. 2–4] as moot. The clerk shall close the case.

SO ORDERED. This 5 day of November, 2025.

JAMES C. DEVER III
United States District Judge